# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARON FOLEY, | : | |
| | : | |
| Plaintiff | : | No. 3:15-CV-1258 |
| | : | |
| vs. | : | (Judge Nealon) |
| | : | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | : | |
| | : | |
| Defendant | : | |

**FILED SCRANTON**
**NOV 0 3 2016**
Per_____ DEPUTY CLERK

## ORDER

**AND NOW, THIS 3ᴿᴰ DAY OF NOVEMBER, 2016,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's appeal is **DENIED**;

2. The decision of the Commissioner of the Social Security Administration denying Plaintiff Sharon Foley disability insurance benefits is **AFFIRMED**; and

3. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**